# **CERTIFICATION**

RE: Roy Parry
     23462-038
     18-1394-JPG

    I, _____, hereby certify that
         (Name and Title of Authorized Officer - please print)

Roy Parry currently has the sum of $_____ on account at FCI Pekin.

                                      _____
                                          Signature of Authorized Officer

Dated: _____

**PURSUANT TO 28 U.S.C. § 1915(a)(2),
PLEASE ATTACH A COPY OF THE INMATE'S
TRUST FUND ACCOUNT STATEMENT
FOR THE PAST SIX MONTHS.**

**Please mail the statement and this completed form to:
Clerk of Court
United States District Court
Southern District of Illinois
750 Missouri Avenue
East St. Louis, IL 62201**